VAUGHN *v.* RODRIGUEZ, ACTING WARDEN.

No. 1149, Misc. Decided June 3, 1968.

*Boston E. Witt,* Attorney General of New Mexico, and *Thomas O. Olson,* Special Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States Court of Appeals for the Tenth Circuit for further consideration in light of *Peyton* v. *Rowe, ante,* p. 54.

PEART *v.* CALIFORNIA.

No. 1445, Misc. Decided June 3, 1968.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.